UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

RICHARD COURSHON,

Plaintiff,

v.

INNOVACCER INC., et al.,

Defendants.

Case No. 25-cv-07133-JST

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: ECF No. 19

The parties have filed a notice of settlement. ECF No. 19. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 27, 2026

JON S. TIGAR
United States District Judge